## JACKSON v. HOUSING AUTHORITY OF HIGH POINT

No. 201A85.

Case below: 73 N.C. App. 363.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 7 May 1985.

## JEFFERSON-PILOT v. WESTBROOK

No. 53P85.

Case below: 72 N.C. App. 371.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 7 May 1985.

## L. RICHARDSON MEMORIAL HOSPITAL v. ALLEN AND GUY v. TOWNSEND

No. 122P85.

Case below: 72 N.C. App. 499.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

## LEDFORD v. N.C. DEPT. OF TRANSPORTATION

No. 245P85.

Case below: 73 N.C. App. 334.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 4 June 1985.

## McLEAN TRUCKING CO. v. OCCIDENTAL CASUALTY CO.

No. 102P85.

Case below: 72 N.C. App. 285.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.